# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CIV 4542

MAERSK LINE,

            Plaintiff,

-against-

SUNSARA MARKETING, LLC,

            Defendant.

State Of New York, County of New York SS:

**MARK SHERATSKY**

Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 11TH day of JUNE, 2007, At: 8:30 PM

At: C/O JAMES FRANKLIN AGENT FOR SERVICE, 23' FOXHILL ROAD, CORTLAND MANOR, NEW YORK 10567

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE, CIVIL COMPLAINT IN ADMIRALTY**

Upon: **SUNSARA MARKETING, LLC**

## PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to **SARA FRANKLIN (MANAGING AGENT)** personally; who stated, that he is the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **WHITE** Hair: **BLONDE** App. Age: 38 App. Ht: 5'7" App. Wt. 130
Other identifying features:

Sworn to before me this 19TH
day of JUNE 2007

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111483
Qualified in New York County
Commission Expires June 14, 2008

MARK SHERATSKY