UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

MAERSK LINE,                                    07 CIV. 4542 (STEIN)

                    Plaintiff,

          - against -

SUNSARA MARKETING, LLC,

                    Defendant.
------------------------------------------------X

## MEMORANDUM OF LAW

### Facts

This action was commenced seeking $20,193.00 in unpaid ocean freight. Defendant was served on June 11, 2007, and failed to answer.

### POINT I

### THE COURT MAY ENTER
### A DEFAULT JUDGMENT

Under Fed.R.Civ.P. 55(b)(2), the Court may enter a judgment by default, so long as the Court, in its discretion, can ascertain from the facts set forth in the Complaint that a judgment is warranted. Au Bon Pain v. Artect, Inc., 653 F.2d 61, at 65 (2d. Cir. 1981). Plaintiff submits that the affidavit of Dave Johnson, together with the Complaint, satisfies the requirement of sufficient proof of the accuracy of the allegations of the Complaint.

## POINT II
### INTEREST AT 6% IS APPROPRIATE

"It is firmly established that [a]llowance of pre-judgment interest in admiralty [actions] . . . should be granted in the absence of exceptional circumstances, and that the rate of pre-judgment interest is within the broad discretion of the district court." Mentor Ins. Co. (U.K.) Ltd. v. Brannkasse, 996 F.2d 506, 520 (2d. Cir. 1993) (Internal citations and quotations omitted.)  Plaintiff submits that 6% from the dates of the Bills of Lading is proper.

### CONCLUSION

Judgment by default, with interest, is appropriate.

Dated: New York, New York
       July 9, 2007

THE LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

CITY OF NEW YORK ⟩
STATE OF NEW YORK ⟩ SS:
COUNTY OF NEW YORK ⟩

MaryAnn Stewart, being duly sworn, deposes and says that she is a member of

the Law Offices of Albert J. Avallone & Associates, attorneys for plaintiff herein.

That on the   9th   day of   July            , 2007, she served the within

Memorandum of Law in Support of Motion For Entry of
Judgment by Default

upon the following:

Sunsara Marketing, LLC
23 Foxhill
Cortland Manor, NY   10567

by depositing (a) true copy(ies) of the same securely enclosed in (a) postpaid wrapper(s)
in a Post Office Box regularly maintained by the United States Government at 551 Fifth
Avenue, New York, NY 10176, directed to the above mentioned individual(s) at his
(their) respective address(es) above, that (these) being the address(es) within the State
designated by him (them) for that purpose upon the preceeding papers in this action or
the place where he (they) then kept an office, between such places, there then was and
now is a regular communication by mail.

Deponent is over the age of 18 years.

_____

Sworn to before me this
9th day of July        , 2007

Dorothy C. Merite

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4931997
Qualified in New York County
My Commission Expires 2/4/10