5-638546
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MAERSK LINE,

                   Plaintiff,

     - against -

SUNSARA MARKETING, LLC,

                 Defendant.
--------------------------------------------------------X

07 CIV. 4542 (STEIN)

DEFAULT JUDGMENT

       This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant SUNARA MARKETING, LLC on June 11, 2007 by personal service on Sara Franklin, Managing Agent, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

       Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, *it is served on defendant on July 9, 2007 and returnable on August 3, 2007 and no one appearing on that date. It is Hereby* ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK LINE have judgment against defendant SUNSARA MARKETING, INC. in the liquidated amount of $20,193.00, with interest at 6% from the respective dates due amounting to $589.35, plus the costs and disbursements of this action in the amount of $710.00, amounting in all to $21,492.35.

Dated: New York, New York
      August   6 , 2007

                                 U.S.D.J.